**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector GURROLA–MARTINEZ,**
**Defendant–Appellant.**

No. 02–20945
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 2003.

James Lee Turner, Assistant US Attorney, Jeffery Alan Babcock, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before SMITH, DeMOSS and STEWART, Circuit Judges.

PER CURIAM.*

Hector Gurrola–Martinez appeals the sentence of supervised release imposed after he pleaded guilty to illegal reentry and was sentenced to 21 months of imprisonment to be followed by a three-year term of supervised release. Among the conditions of supervised release contained in the written judgment is a ban on Gurrola–Martinez' possession of "a firearm, destructive device, or any other dangerous weapon." Gurrola–Martinez challenges only the condition that he not possess "any other dangerous weapon" because it was not included, inherently or expressly, in the oral pronouncement of sentence.

The case is remanded for the district to amend the written judgment to conform to the court's oral pronouncement of sentence by striking "or any other dangerous weapon" from the judgment. *See United States v. Martinez,* 250 F.3d 941, 942 (5th Cir. 2001).

REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.